IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 09-cr-00510-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DEWAYNE PARRISH,

      Defendant.

---

## ORDER ON RESTITUTION

---

      This matter is before the Court on the Government's Motion for Order of Restitution

(Doc 23), dated September 8, 2010. The Court, having reviewed the Motion, including the

representation that the defendant has agreed to the amounts of restitution requested by the

government, and there having been no objection filed by the defendant, it is therefore

      **ORDERED** that the defendant, Dewayne Parrish, shall pay restitution in the following

amounts:

      Alex Pappas                $7,128.85
      (address provided to the financial department of the Court)

      Farmers Insurance        $15,273.53
      (address as listed in Doc. 19)

      DATED this 13th day of September, 2010.

**BY THE COURT:**

_Marcia S. Krieger_
_____

Marcia S. Krieger
United States District Judge